UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>MELISSA MARIE SALSBURY,<br><br>                    Defendant. | No. 2:14-CR-012-RMP<br><br>ORDER GRANTING<br>UNOPPOSED MOTION<br>TO MODIFY CONDITIONS<br>OF RELEASE |

    Before the Court is Defendant Melissa Marie Salsbury's Motion to Modify Conditions of Pretrial Release. Neither Assistant U.S. Attorney Matthew Duggan, nor U.S. Probation Officer Cute Hare object to Defendant's request to travel.

    For good cause shown, Defendant's Motion, **ECF No. 23,** is **GRANTED**. Defendant shall be permitted to travel to Seattle, Washington, for a medical procedure, from **February 14, 2014, to February 16, 2014.**

    Further, Defendant's conditions of pretrial release are **MODIFIED** to permit her to travel out of the Eastern District of Washington upon prior notice to and approval of the United States Probation Office.

    **IT IS SO ORDERED.**

    DATED February 12, 2014.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1