UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MELISSA MARIE SALSBURY,<br><br>　　　　　Defendant. | No. 2:14-CR-012-RMP<br><br>ORDER GRANTING<br>UNOPPOSED MOTION<br>TO MODIFY CONDITIONS<br>OF RELEASE |

　　　Before the Court is Defendant Melissa Marie Salsbury's Motion to Modify Conditions of Pretrial Release.  Neither Pretrial Services nor the United States object to the Motion.

　　　For good cause shown, Ms. Salisbury's Motion, **ECF No. 31,** is **GRANTED**.

　　　Ms. Salsbury shall no longer be subject to electronic monitoring or a curfew. All other terms and conditions of Defendant's pretrial release not inconsistent herewith to remain in full force and effect.

　　　DATED April 4, 2014.



_____
　　　　　JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1