1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7    UNITED STATES OF AMERICA,

8                        Plaintiff,          NO:  2:14-CR-12-RMP

9         v.                                 ORDER GRANTING MOTION TO
                                             EXPEDITE AND DENYING MOTION
10   MELISSA MARIE SALSBURY,                 TO MODIFY CONDITIONS OF
                                             RELEASE
11                       Defendant.

12        Before the Court are Defendant Melissa Salsbury's Motion to Modify

13   Conditions of Release, ECF No. 62, and Motion to Expedite, ECF No. 63.  Ms.

14   Salsbury requests permission to travel to travel to Los Angeles, California, from

15   April 6 to April 9, 2015.  ECF No. 62 at 1.

16        The Government does not object to Ms. Salsbury's motion, but the Court has

17   learned that the U.S. Probation Office in the Central District of California has

18   denied Ms. Salsbury's request to travel to that district.

19        The Court finds that it is inappropriate to modify Ms. Salsbury's conditions

20   of release at this time.

ORDER GRANTING MOTION TO EXPEDITE AND DENYING MOTION TO
MODIFY CONDITIONS OF RELEASE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Ms. Salsbury's Motion to Expedite, **ECF No. 63**, is **GRANTED**.

2. Ms. Salsbury's Motion to Modify Conditions of Release, **ECF No. 62**, is **DENIED**.

**DATED** this 9th day of April 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION TO EXPEDITE AND DENYING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2